IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TRACIE CORLEY & ALISSA
BOWLES,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellants,

v.

CASE NO. 1D15-5545

ONE WEST BANK, N.A.,

    Appellee.

_____/

Opinion filed November 17, 2016.

An appeal from the Circuit Court for Duval County.
Tyrie W. Boyer, Judge.

Tracie Corley and Alissa Bowles, pro se, Appellants.

Heidi J. Bassett of Robertson, Anschutz & Schneid, P.L., Boca Raton and Joshua
H. Threadcraft of Burr & Forman, LLP, Birmingham, AL, for Appellee.

PER CURIAM.

    AFFIRMED.

WINOKUR, JAY, and WINSOR, JJ., CONCUR.